IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PURA RIVERA,

      Appellant,

v.

TIMOTHY TUGGLE,

      Appellee.

Case No. 5D21-1168
LT Case No. 05-2013-CA-023045

_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Stephen Joseph Biggie, of Arcadier,
Biggie, and Wood, PLLC, Melbourne,
for Appellant.

Geoffrey P. Golub, of Law Offices of
Geoffrey P. Golub, P.A., Melbourne,
for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, EDWARDS and NARDELLA, JJ., concur.